UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
YIN HUA YE,

                              **Plaintiff,**

       -against-

EVEN HOTEL 35, LLC D/B/A EVEN HOTEL NEW
YORK – TIMES SQUARE SOUTH

INTERCONTINENTAL HOTELS GROUP PLC

HOTEL AND GAMING TRADES COUNCIL, AFL–CIO

JOSE HERNANDEZ, JANE DOE, JOHN DOE


                              **Defendants.**
------------------------------------------------------------------------X

**Civil Action No. 25-cv-09280**


**NOTICE OF MOTION TO
REMAND**


PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Counsel, and all prior pleadings and proceedings in this action, Plaintiff Yin Hua Ye, by and through her undersigned counsel, will move this Court, before the Honorable United States District Judge assigned to this matter, at a date and time to be determined by the Court, for an Order:

1. **Remanding this action to the Supreme Court of the State of New York, County of New York, pursuant to 28 U.S.C. § 1447(c);**

2. **Awarding Plaintiff costs and any additional relief** that the Court deems just and proper.

The grounds for this motion include, but are not limited to, the following:

• Removal was improper because Plaintiff's claims **do not require interpretation** of the collective bargaining agreement ("IWA") and therefore are **not preempted** by LMRA § 301;

• Plaintiff's causes of action arise under **NYSHRL and NYCHRL**, which are **independent statutory and tort claims** and do not present a federal question;

• Any alleged duty-of-fair-representation claim does not "arise under" LMRA § 301 and is **not completely preempted;**

• Even assuming arguendo that the Union-related allegations raise a federal issue, such issue is **discrete and severable,** and the remaining claims must be **remanded.**

Pursuant to **Local Civil Rule 6.1**, Plaintiff proposes the following briefing schedule, or such other schedule as the Court may set:

• Plaintiff's moving papers: Filed with this Notice

• Defendants' opposition: 14 days after service

• Plaintiff's reply: 7 days after service of opposition

Dated: New York, New York

December 4, 2025

Respectfully submitted,

HOOPER, YANG & ASSOCIATES LAW OFFICE

Attorneys for Plaintiff

By _____

Leonard X. Gillespie, Esq.

450 Seventh Avenue, Suite 305

New York, NY 10123

(212) 268-8668

hooperyanglaw@gmail.com

By **December 10, 2025**, Plaintiff shall file proof of service of the motion to remand.
By **December 26, 2025**, Defendants shall file any opposition.
By **January 5, 2026**, Plaintiff shall file any reply.

Dated: December 5, 2025
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**