

# *Hooper, Yang & Associates Law Office P.C.*

**450 7th Ave, Suite 305, New York, NY 10123**
**Tel.: (212) 268-8668**
**E. Mail: hooperyanglaw@gmail.com**

12/31/2025

**Honorable Lorna G. Schofield**
United States District Judge
Southern District of New York
40 Foley Square, Room 1106
New York, New York 10007

Application **GRANTED in part**.  The Initial Pretrial Conference scheduled for January 13, 2026, at 3:00 P.M. is **ADJOURNED** to **January 27, 2026, at 3:00 P.M.**  No other dates or deadlines are affected.

Dated: January 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: 1:25-cv-09280-LGS Ye v. Even Hotel 35 LLC et al
Letter to request adjournment of 1/13/2026 conference

Dear Judge Schofield:

We respectfully submit this joint letter motion pursuant to the Court's Individual Rules requesting an adjournment of the Initial Conference currently scheduled for January 13, 2026, at 3:00 p.m.

1. **Original date:** January 13, 2026, at 3:00 p.m.
2. **Requested new date:** January 26, 2026, at 3:00 p.m.
3. **Prior requests:** This is the first request for an adjournment of this conference.
4. **Consent:** Defendants consent to this request.

The reason for this request is that Plaintiff's counsel has a previously scheduled appearance in another court on January 13, 2026, which creates a scheduling conflict. Counsel conferred promptly, and both Plaintiff and Defendants agree that a brief adjournment to January 26, 2026, at 3:00 p.m. will not prejudice any party and will facilitate orderly case management.

No other dates or deadlines set by the Court will be affected by this requested adjournment. We thank the Court for its consideration of this request.

Respectfully submitted,
*/s/ Leonard X. Gillespie*
Leonard X. Gillespie, Esq.

cc: All Counsel of Record (via ECF