UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                            :
YIN HUA YE,                               :
                   Plaintiff,   :
                                      :         25 Civ. 9280 (LGS)
           -against-           :
                                        :                **ORDER**
KHRG 851 LLC et al.,             :
                   Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an initial pretrial conference is currently scheduled for **April 21, 2026**, at **3:00 P.M.**

        WHEREAS, on April 13, 2026, Defendants Hotel & Gaming Trades Council, AFL-CIO (the "Union") and Jose Cruz stated that they intend to file motions for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).  It is hereby

        **ORDERED** that the Union and Cruz shall file pre-motion letters regarding their intended Rule 12(c) motions by **April 21, 2026**.  Plaintiff shall file a response by **April 28, 2026**.  The parties should refer to the Local Rules and Individual Rules, including those concerning formatting and page-limit requirements.  It is further

        **ORDERED** that the initial pretrial conference is rescheduled to **May 5, 2026**, at **3:00 P.M.**

        The Clerk of Court is respectfully directed to update the case caption from "Ye v. Even Hotel 35 LLC et al" to "Ye v. KHRG 851 LLC et al."

Dated: April 14, 2026
       New York, New York

                                                    LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE