UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                               :

YIN HUA YE,
                                     :
                      Plaintiff,   :
                                     :           25 Civ. 9280 (LGS)

         -against-           :
                                     :            **ORDER**

KHRG 851 LLC et al.,
                                     :
                  Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference was held on May 5, 2026, to discuss Defendants' respective motions to dismiss.  At the conference, Plaintiff stated her intention to amend the Second Amended Complaint to clarify Plaintiff's claims.  It is hereby

**ORDERED** that by **May 15, 2026**, Plaintiff shall file a Third Amended Complaint ("TAC").  It is further

**ORDERED** that by **May 26, 2026**, any Defendant intending to file a motion to dismiss the TAC shall file a pre-motion letter.  Plaintiff shall file a response by **June 2, 2026**.  The parties should refer to the Local Rules and Individual Rules, including those concerning formatting and page-limit requirements.  It is further

**ORDERED** that by **May 29, 2026**, any Defendant who has not filed a pre-motion letter shall file an answer to the TAC.  It is further

**ORDERED** that a **telephonic** conference will be held on **June 9, 2026**, at **3:00 P.M.** The parties shall call (855) 244-8681 and enter the access code 23111938649.

The Clerk of Court is respectfully directed to close the motions at Dkts. 59 and 60.

Dated: May 5, 2026
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE