

# *Hooper, Yang & Associates Law Office P.C.*

450 7th Ave, Suite 305, New York, NY 10123
Tel.: (212) 268-8668
E. Mail: hooperyanglaw@gmail.com

5/6/2026

**Honorable Lorna G. Schofield**
United States District Judge
Southern District of New York
40 Foley Square, Room 1106
New York, New York 10007

Re: 1:25-cv-09280-LGS Ye v. Even Hotel 35 LLC et al
Letter to request adjournment of 6/9/2026  3pm conference

Dear Judge Schofield:

We write jointly on behalf of all parties to respectfully request an adjournment of the telephonic conference currently scheduled for June 9, 2026 at 3:00 p.m. pursuant to the Court's May 5, 2026 Order.

Plaintiff's counsel recently realized that he has a previously scheduled divorce trial in Queens County Supreme Court on the afternoon of June 9, 2026, which conflicts with the conference in this matter.

All parties consent to adjourning the conference to June 18, 2026 at 3:00 p.m., subject to the Court's availability.

This is the first request for adjournment of this conference. We thank the Court for its consideration.

Respectfully submitted,
*/s/ Leonard X. Gillespie*
Leonard X. Gillespie, Esq.
Attorney for Plaintiff

cc: All Counsel of Record (via ECF)

Application **GRANTED in part**.  The telephonic conference scheduled for June 9, 2026, at 3:00 P.M. is **ADJOURNED** to **June 16, 2026**, at **3:00 P.M.**

Dated: May 6, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**