UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                           :

YIN HUA YE,                         :

               Plaintiff,   :                     25 Civ. 9280 (LGS)
                         :

         -against-       :
                         :                      **ORDER**

KHRG 851 LLC et al.,          :

              Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was held on May 5, 2026.  At the conference, Plaintiff's counsel agreed to amend the Second Amended Complaint to clarify Plaintiff's claims against each Defendant.

WHEREAS, the Order dated May 5, 2026 (Dkt. No. 63; the "May 5 Order") required Plaintiff to file a Third Amended Complaint ("TAC") by May 15, 2026.  The May 5 Order further required that any Defendant intending to file a motion to dismiss the TAC would file a pre-motion letter by May 26, 2026.  The May 5 Order also required that any Defendant who has not filed a pre-motion letter would file an answer to the TAC by May 29, 2026.  Finally, the May 5 Order scheduled a telephonic conference on June 9, 2026, at 3:00 P.M.

WHEREAS, the conference scheduled for June 9, 2026, at 3:00 P.M. was adjourned to June 26, 2026, at 3:00 P.M.  (Dkt. No. 65).

WHEREAS, Plaintiff filed the TAC on May 15, 2026.  (Dkt. No. 66).  No Defendant filed a pre-motion letter by May 26, 2026.  Defendants (i) KHRG 851, LLC, (ii) Hotel and Gaming Trades Council, AFL-CIO and (iii) Jose Cruz each filed Answers on May 29, 2026. (Dkt. Nos. 67-69).  It is hereby

**ORDERED** that the conference scheduled for June 16, 2026, is **CANCELED**.  It is further

**ORDERED** that by **July 2, 2026**, the parties shall file a joint status letter.

Dated: June 12, 2026
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**