UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

YIN HUA YE,
Plaintiff,

-against-

KHRG 851 LLC et al.,
Defendants.

------------------------------------------------------------X

25 Civ. 9280 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on September 29, 2026, principally concerning the motion to withdraw filed by Plaintiff's counsel, Leonard X. Gillespie. During the conference, the Court explained to Plaintiff that, if her counsel was relieved, she could proceed with litigation by finding a new lawyer or by representing herself pro se. Plaintiff stated her desire to proceed with the case and to engage a different lawyer.

WHEREAS, an Order dated September 30, 2026, directed Plaintiff, by November 13, 2026, to engage a new lawyer or to file a letter to update the Court on the status of her efforts and to request more time.

WHEREAS, Attorney Gillespie filed a certificate of service on Plaintiff of the September 30, 2026, Order.

WHEREAS, on November 12, 2026, Plaintiff filed a notice of pro se appearance. It is hereby

**ORDERED** that by **December 1, 2026**, Plaintiff shall file a letter to update the Court on the status of her efforts to engage a new lawyer or confirm that she will proceed with litigation by representing herself pro se.

Dated: November 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE